**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANDFORD JUNIOR UNIVERSITY, | CASE NO. 5:14-CV-00723-EJD |
| | **CASE MANAGEMENT ORDER** |
| Plaintiff, | |
| v. | |
| PRAXAIR DISTRIBUTION, INC., | |
| Defendants. | |
| _____/ | |

This case is scheduled for a Case Management Conference on July 18, 2014.  Based on the

parties' Joint Case Management Statement and proposed schedule (see Docket Item No. 21), the

court has determined an appearance is unnecessary at this time.  Accordingly, the Case Management

Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual

and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other

amendments to the pleadings, is sixty days after entry of this order.  The parties are instructed to

comply with Federal Rule of Civil Procedure 15 in seeking joinder of parties or amendments to the

pleadings prior to expiration of the deadline.  Amendments sought after the deadline must comply

with Federal Rule of Civil Procedure 16.

IT IS FURTHER ORDERED that the parties shall comply with the presumptive limits on

1

discovery set forth in the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the parties shall attend the mediation conference scheduled for August 25, 2014.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cutoff | August 3, 2015 |
| Designation of Opening Experts with Reports | November 30, 2015 |
| Designation of Rebuttal Experts with Reports | December 14, 2015 |
| Expert Discovery Cutoff | December 21, 2015 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions[1] | December 28, 2015 |
| Preliminary Pretrial Conference | 11:00 a.m. on June 26, 2015 |
| Joint Preliminary Pretrial Conference Statement | June 16, 2015 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re Pretrial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Preliminary Pretrial Conference Statement, and all other pretrial submissions.

**IT IS SO ORDERED.**

Dated: July 14, 2014

EDWARD J. DAVILA
United States District Judge

---

[1]     This is the last date for *filing* dispositive motions.  The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

[2]     A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order re Pretrial Preparation."

2

CASE NO. 5:14-CV-00723-EJD
CASE MANAGEMENT ORDER