Keith C. Bower, Esq. (State Bar No. 135243)
Bower • von Raesfeld
(Not a Partnership)
900 Lafayette Street, Suite 706
Santa Clara, CA 95050
Telephone: 408/261-1200

Attorneys for Plaintiff
THE BOARD OF TRUSTEES OF THE
LELAND STANFORD JUNIOR UNIVERSITY
("STANFORD")

**IT IS SO ORDERED**
*Judge Edward J. Davila*
DATED: 3/27/2015

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY ("STANFORD"),<br><br>    Plaintiff,<br>v.<br><br>PRAXAIR DISTRIBUTION, INC., and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 5:14-cv-00723-EJD<br><br>**STIPULATION TO VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1.   IT IS HEREBY STIPULATED AND AGREED by and between plaintiff STANFORD and defendant PRAXAIR DISTRIBUTION, INC., through their undersigned counsel that the above-captioned matter be and hereby is voluntarily dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A), subject to a separate agreement of the parties concerning the terms of refiling the action.

2.   The parties, through their authorized representatives and their counsel, have agreed that all applicable Statutes of Limitations as to the claims made in the matter are waived until March 31, 2016 and that STANFORD may properly refile the lawsuit on or before that date.

3. Plaintiff and defendant agree, in any event, that if it is necessary to refile this lawsuit, plaintiff will refile in this Court (United States District Court, Northern District of California, San Jose Division) up until and including March 31, 2016.

4. Each party will bear its own attorney's fees and costs incurred to date.

5. The Clerk shall close this file.

Dated: March 25, 2015     by: _____
Keith C. Bower
Counsel for Plaintiff
THE BOARD OF TRUSTEES OF THE
LELAND STANFORD JUNIOR UNIVERSITY

Dated: March 25, 2015     by: _____
Michael J. Kanute
Counsel for Defendant
COUNSEL FOR DEFENDANT PRAXAIR
DISTRIBUTION, INC.