**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>   Plaintiff,<br><br>   v.<br><br>PRAXAIR DISTRIBUTION INC.,<br><br>   Defendant. | Case No. 17-cv-01489-BLF<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In their Joint Case Management Statement, the Parties informed the Court that a "previous iteration" of this controversy was assigned to the Honorable Edward J. Davila. *See* ECF 35. Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward J. Davila for consideration of whether the case is related to *The Board of Trustees of the Leland Stanford Junior University v. Praxair Distribution, Inc.*, Case No. 14-CV-00723-EJD.

**IT IS SO ORDERED.**

Dated: December 15, 2017

_____
BETH LABSON FREEMAN
United States District Judge